

ESTHER BILLIARD

VERSUS

CHARLES WILLIAMS, THE PHOENIX
INSURANCE COMPANY, and BLAZER
SERVICES, LLC

DOCKET NO.: 634,893-B

1ST JUDICIAL DISTRICT

CADDO PARISH, LOUISIANA

## PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes **ESTHER BILLIARD**, a resident of the full age of majority of Caddo Parish, Louisiana who respectfully represents:

1.

Made Defendants are:

**CHARLES WILLIAMS**, a resident of Panola County, Texas of full age of majority;

**THE PHOENIX INSURANCE COMPANY**, a foreign corporation, with its agent for service of process being Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809; and

**BLAZER SERVICES, LLC**, a foreign corporation, with its agent for service of process being Dustin Powell, 1537 Northeast Loop, Carthage, Texas 75633.

2.

On March 12, 2021, a crash occurred on West 70th Street near the train tracks close to Kennedy Drive, in Shreveport, Louisiana between a vehicle operated and owned by **ESTHER BILLIARD** and a truck operated by **CHARLES WILLIAMS** and owned by **BLAZER SERVICES, LLC, ("BLAZER")**.

3.

Just prior to the crash, **ESTHER BILLIARD** was stopped in the eastbound lane on West 70th Street, waiting for a train to cross the road in front of her.

4.

Just prior to the crash, **CHARLES WILLIAMS** was also in the eastbound lane on West 70th Street and was behind **ESTHER BILLIARD**.

5.

**CHARLES WILLIAMS** then, without warning, proceeded to drive forward and rear-ended **ESTHER BILLIARD** causing the crash.

6.

**CHARLES WILLIAMS** violated State and Federal laws, and/or **BLAZER** policies when he caused the crash in the following non-exclusive ways by:

a. Failing to see what he should have seen;
b. Failing to yield;
c. Failing to yield at a railroad grade crossing;
d. Following too closely;
e. Operating the **BLAZER** truck while distracted;
f. Operating the **BLAZER** truck while too fatigued;
g. Operating the **BLAZER** truck while too sick;
h. Operating the **BLAZER** truck without the required medical fitness;
i. Operating the **BLAZER** truck without adequate safety equipment;
j. Operating the **BLAZER** truck that was not properly maintained;
k. Failing to adequately train;
l. Failing to maintain his driver qualifications to operate the **BLAZER** truck;
m. Failing to plan a safe route; and
n. Succumbing to pressure to make unrealistic delivery times.

7.

**BLAZER** employed **CHARLES WILLIAMS** at the time of the crash.

8.

**CHARLES WILLIAMS** was in the course and scope of his employment with **BLAZER** at the time of the crash.

9.

**BLAZER** is vicariously liable for the negligent acts of **CHARLES WILLIAMS**.

10.

**BLAZER** had a duty to establish, communicate, and enforce screening, training, and supervision procedures to prevent crashes of this nature. The breach of these duties by **BLAZER** caused **ESTHER BILLIARD's** injuries. **BLAZER** was negligent in its hiring, supervision, retention, and training of **CHARLES WILLIAMS**.

11.

**ESTHER BILLIARD** sustained the following, non-exclusive, past, present, and future, damages due to the crash:

a. Physical pain, suffering, and anguish;
b. Mental anguish;
c. Loss of enjoyment of life;
d. Loss of social and recreational activity;
e. Medical expenses;
f. Inconvenience;

    g.    Lost wages; and
    h.    Loss of future earning capacity.

12.

**THE PHOENIX COMPANY** provided a valid liability insurance policy on the truck operated by **CHARLES WILLIAMS** that was in full force and effect on the date of the incident.

13.

**ESTHER BILLIARD's** claim exceeds the amount required for a trial by jury.

14.

**ESTHER BILLIARD** requests a trial by jury.

**WHEREFORE**, Plaintiff, **ESTHER BILLIARD**, prays that Defendants be duly served and cited to appear and answer this *Petition for Damages*, and after the expiration of all legal delays and due proceedings are had that there be judgement rendered in favor of her and against Defendants, **CHARLES WILLIAMS, THE PHOENIX COMPANY, and BLAZER SERVICES, LLC.** or in the alternative an affiliate thereof, for all items of special damages incurred by Plaintiff and such general damages as are reasonable in the premises, together with legal interest from the date of judicial demand until paid, all costs of this proceeding, and all such other and equitable relief to which plaintiffs may be entitled.

Respectfully Submitted:

**DUDLEY DEBOSIER, APLC**

*[signature: Phillip Prejean]*

**G. ADAM SAVOIE, #32676**
**PHILLIP PREJEAN, #36628**
4300 Youree Drive, Suite 250
Shreveport, Louisiana 71105
Phone: (318) 216-4419
Fax:    (225) 831-1604
asavoie@dudleydebosier.com
pprejean@dudleydebosier.com
*Counsel for Plaintiff*

**Please Serve:**
**CHARLES WILLIAMS (via Long Arm Statute)**
152 County Road 214
Beckville, Texas 75631

**THE PHOENIX COMPANY**
*Through its agent service of process*
The Secretary of State, State of Louisiana
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**BLAZER SERVICES, LLC (via Long Arm Statute)**
*Through its agent service of process*
Dustin Powell
1537 Northeast Loop
Carthage, Texas 75633

## EXHIBIT "A"
### LEGAL DESCRIPTION OF PROPERTY

Lot 53, and the East 30 feet of Lot 54, Van Hook Steere, a subdivision of Caddo Parish, Louisiana, as per plat recorded in Book 50, Page 727 of the Conveyance Records of Caddo Parish, Louisiana, together with all buildings and improvements located thereon, having a municipal address of 735 Huron Street, Shreveport, Louisiana 71106.

# EXHIBIT "A"
## LEGAL DESCRIPTION OF PROPERTY

Lot 53, and the East 30 feet of Lot 54, Van Hook Steere, a subdivision of Caddo Parish, Louisiana, as per plat recorded in Book 50, Page 727 of the Conveyance Records of Caddo Parish, Louisiana, together with all buildings and improvements located thereon, having a municipal address of 735 Huron Street, Shreveport, Louisiana 71106.

# Long-Arm Citation

ESTHER BILLIARD                            NO. 634893 – B  
     VS                                             STATE OF LOUISIANA  
CHARLES WILLLIAMS, ET AL              PARISH OF CADDO  
                                                             FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO:     CHARLES WILLLIAMS

**YOU HAVE BEEN SUED.**

Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within THIRTY (30) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within THIRTY (30) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date January 25, 2022.

    *Also attached are the following:                    **MIKE SPENCE, CLERK OF COURT**

_____ REQUEST FOR ADMISSIONS OF FACTS

_____ INTERROGATORIES

_____ REQUEST FOR PRODUCTION OF DOCUMENTS    By: _____

_____                                                                             Deputy Clerk

                                                                                  PHILLIP PREJEAN

                                                                                     Attorney

FILE COPY

karam  CPCC.CV.3131430

# Long-Arm Citation

ESTHER BILLIARD  
VS  
CHARLES WILLLIAMS, ET AL

NO. 634893 – B  
STATE OF LOUISIANA  
PARISH OF CADDO  
FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO:  BLAZER SERVICES LLC

YOU HAVE BEEN SUED.

Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within THIRTY (30) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within THIRTY (30) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date January 25, 2022.

\*Also attached are the following:  **MIKE SPENCE, CLERK OF COURT**

_____ REQUEST FOR ADMISSIONS OF FACTS

_____ INTERROGATORIES

_____ REQUEST FOR PRODUCTION OF DOCUMENTS  By: _____

_____  Deputy Clerk

PHILLIP PREJEAN  
Attorney

**FILE COPY**

karam                                                                                          CPCC.CV.3131448

# Citation

Effective 1-1-2022

ESTHER BILLIARD                          NO. 634893– B
VS                                       STATE OF LOUISIANA
CHARLES WILLLIAMS, ET AL                 PARISH OF CADDO
                                         FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO:   PHOENIX INSURANCE COMPANY
                              THRU HONORABLE SECRETARY OF STATE
                              BATON ROUGE, LA 70809

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within TWENTY-ONE (21) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within TWENTY-ONE (21) days, a judgment may be entered against you. Please be aware of Louisiana House Bill 164 (Act 174) of the 2021 legislative session which changed prescription periods for answering. The full text of this bill can be found at https://legis.la.gov/legis/BillInfo.aspx?i=239989.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date January 25, 2022.

*Also attached are the following:                    **MIKE SPENCE, CLERK OF COURT**

                                              _____PHILLIP PREJEAN_____
                                                         Attorney

**FILE COPY**