**Kilpatrick, Jeannie M**

| | |
|---|---|
| **From:** | Kilpatrick, Jeannie M |
| **Sent:** | Wednesday, March 16, 2022 3:00 PM |
| **To:** | Kilpatrick, Jeannie M |
| **Subject:** | FW: Esther Billiard v. Charles Williams, et al |
| **Attachments:** | 2021_06_01_WK Bossier PT Schedule.pdf; 2021_09_23_CC_MRMB_WKB_Esther Billiard_Phillip.pdf; 2021_05_28_Cc_MRMB_THe Ortho Clinic_Esther Billiard_Phillip.pdf; 2021_08_24_CC_MRMB_The Ortho Clinic_Esther Billard_Phillip.pdf; 2021_10_26_CC-MRMB_The Ortho Clinic_Esther Billiard_Phillip.pdf; 2021_11_17_CC_MRMB_Ortho Clinic_Esther Billiard_Phillip.pdf; 2022_01_21_CCMR_Ortho Clinic_Esther Billiard_Phillip.pdf; 2022_01_24 Dr. Mody t PP Injection Deposit Invoice E.Billard.pdf; 2022_02_01_MB_The Ortho Clinic_Esther Billard_Phillip.pdf; 2021_06_28_MB Red River Consultants.pdf; 2021_06_22_cc_MRMB_WKB_Esther Billiard_Phillip.pdf; 2021_11_09 _MB_WK Bossier.pdf; 2021_08_30_MRMB_Red River Int Med_Esther Billiard_Phillip.pdf; 2021_10_25_CC_MRMB_Red River Surgery Center_Esther Billard_Phillip.pdf |

**From:** Phillip Prejean <PPrejean@dudleydebosier.com>
**Sent:** Wednesday, March 16, 2022 11:54 AM
**To:** Reeves, Jan <JREEVES2@travelers.com>
**Cc:** Kilpatrick, Jeannie M <JMKILPAT@travelers.com>; Mandy Owings <MOwings@dudleydebosier.com>; Adam Savoie <ASavoie@dudleydebosier.com>; Alyssia Kirkhart <AKirkhart@dudleydebosier.com>
**Subject:** [External] RE: Esther Billiard v. Charles Williams, et al

> **CAUTION: This email came from outside of Travelers.**
> Please exercise caution when opening attachments, clicking links or responding to this email. The original sender of this email is pprejean@dudleydebosier.com.

Hello Ms. Reeves,

Following up on our conversation, Ms. Billiard's claim exceeds $75,000.00. I have attached the medical records and bills we currently have, and will forward future medical records and bills as we receive them.

As a direct result of the subject wreck, Ms. Billiard has suffered constant pain in her neck with pain and numbness radiating down through her left arm and into her hand. Ms. Billiard completed physical therapy but her symptoms persisted. She has been treating with Dr. Milan Mody at the Orothpaedic Clinic in Shreveport who has stated Ms. Billiard is a candidate for ACDF C3-7. Ms. Billiard has also undergone several MBB's at C4-C7, with the most recent one being performed on March 4, 2022. Going forward, I anticipate Ms. Billiard will continue to need the injections and the ACDF to treat her injuries.

Please confirm this email is sufficient to cure the purported defect in Ms. Billiard's petition. If so, I ask you contact the court and withdraw your exception.

Thank you,

**Phillip Prejean**



*Trial Attorney*

_____

**DUDLEY DEBOSIER INJURY LAWYERS**

4300 YOUREE DRIVE SUITE 250 ▪ SHREVEPORT, LA 71105
(318) 670-7365 office ▪ (225) 831-1604 fax

*"We want to change the way people think about attorneys, one relationship at a time."*

     



# THE ORTHOPAEDIC CLINIC

J. Scott Bicknell, M.D.
Mark Callanan, M.D.
John J. Ferrell, M.D.
Henrique Hilario, DPM
Jason Kinkartz, M.D.
Milan G. Mody, M.D.
Edward L. Morgan, M.D.
Cambize Shahrdar, M.D.
J.L. ZumBrunnen, M.D.

7925 Youree Drive, Suite 200, Shreveport, LA 71105
Phone: 318-212-3610 Fax: 318-212-2834 (MEDICAL RECORDS ONLY)

## Certification of Medical Records/Billing/X-rays

November 17, 2021

**RE: Esther Billiard**
**DOB:** ███████

To Whom It May Concern:

This is to certify that I, Kelley Paine, am the medical records custodian for The Orthopaedic. The copies of records/billing/x-rays being sent for the above-named patient are true and accurate copies of the patient's chart as of today. These records were generated at The Orthopaedic Clinic, in the ordinary course of the business at the time the patient was seen.

Sincerely,

*[signature]*

Medical Records Custodian

# CERTIFICATION OF MEDICAL/BILLING RECORDS

I hereby certify that the attached medical and/or billing records of

| PATIENT: Esther B Billiard | DATE OF BIRTH: █████ |

prepared by the medical facility personnel during the course of business at or near the time of the visit; that I am the duly authorized Health Information Management Representative, and I have the authority to certify the same.

Billing records included: Yes / No

_11-17-2021_
Date

_[signature]_
**Health Information Representative**

The Orthopedic Clinic/Mid South Ortho
_____
**Medical/Billing Facility**

**Make Checks Payable To:**

The Orthopaedic Clinic
7925 Youree Dr
Suite 200
Shreveport, LA 71105-5134
USA

| IF PAYING BY CREDIT CARD, FILL OUT BELOW | | | |
|---|---|---|---|
| CHECK CARD USING FOR PAYMENT | | | |
| ☐ American Express | ☐ Discover | ☐ Mastercard | ☐ Visa |
| CARD NUMBER | | CVV | AMOUNT |
| SIGNATURE | | | EXP. DATE |
| STATEMENT DATE | PAY THIS AMOUNT | | ACCOUNT NBR |
| 11/17/2021 | $0.00 | | 0020000000142910 |
| SHOW AMOUNT PAID HERE $ | | | |

**ADDRESSEE:**
**Billiard, Esther B**
123 Arnold Road
Benton, LA 71006
USA

**REMIT TO:**
**The Orthopaedic Clinic**
7925 Youree Dr
Suite 200
Shreveport, LA 71105-5134
USA

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Date | Description Of Service | Amount | Insurance Balance | Patient Balance | Balance |
|---|---|---|---|---|---|
| 11/02/21 | ENCOUNTER 1027208 FOR ESTHER WITH MODY MD, MILAN G | | | | |
| 11/02/21 | MMR1 (QTY 35.50) - Medical Records 1st 25pgs | $35.50 | | | |
| 11/02/21 | Patient Payment Check | -$35.50 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |

**Pay Your Bill Online At Billpay.wkhs.com**

| Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Account Balance |
|---|---|---|---|---|---|---|
| 0020000000142910 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MESSAGE:**
NOTICE: THIS IS A BILL. BASED UPON INFORMATION FROM YOUR HEALTH PLAN. PAY THE AMOUNT DUE.

Please Pay This
AMOUNT >>>> $0.00

** PAYMENT DUE UPON RECEIPT *THANK YOU **
STATEMENT

Page: 1 of 1



**MILAN G. MODY, M.D.**
**Fellowship Trained & Board Certified**
**Conservative & Surgical Spinal Care**
7925 YOUREE DRIVE, SUITE 200
SHREVEPORT, LOUISIANA 71105
**OFFICE: (318) 212-3610**
**FAX: (318) 212-3672**

Disk Herniations
Neck & Back Pain
Spinal Stenosis
Work Injuries
**Minimally Invasive & Reconstructive Spine Surgery**

---

**Patient Name:** Billiard, Esther B
**Chart Number:** 377548
**DOB:** ▉▉▉▉▉  **Age:** 75 Years

**Date of Visit:** 11-15-2021
**Attending Provider:** Jeanette H. Pang, PA-C for Milan G. Mody, M.D.

**Evaluation Type: Established Patient Follow Up Visit for Cervical spine.** MVA 3/12/2021 - Atty: Dudley Debossier.

**Chief Complaint:**     Neck pain.

**DIAGNOSIS:** Cervical Radiculopathy (M54.12). Cervical Spondylosis (M47.812). Cervicalgia (M54.2).:. Motor vehicle accident (V89.2XXS). Diffuse Idiopathic Skeletal Hyperostosis (M48.10).

**TREATMENT PLAN:**
>Test results & imaging studies were reviewed with the patient. Questions were answered accordingly.
>We discussed in detail the current spine diagnoses, all appropriate conservative and surgical treatment options and the chosen treatment plan.
>Continue HEP
>repeat Left MBB C4-C7  if/when pain returns, at present, pain is well controlled
>She is  candidate for ACDF C3-7 in future.
>Patient counseled on Proper body mechanics and work/home ergonomics to reduce spinal strain.
>We explained to the patient the risks associated with a face to face visit associated with COVID-19 virus. The patient desires to keep this face to face visit for continued treatment in accordance with the standard of care and the patient specific needs or limitations. We have explained to the patient that measures are being taken to avoid such risks, however, the risk associated with this highly contagious virus cannot be eliminated. We also informed the patient of the possibility of quarantine and isolation measures that may be required following the face to face visit. The patient understands the risk of the face to face visit, and has consented to proceed.

> Total E/M Encounter time:  24 minutes

The following activities count toward total E/M encounter time:
1. Preparing to see the patient (eg, review of tests)
2. Obtaining and/or reviewing separately obtained history
3. Performing a medically appropriate examination and/or evaluation
4. Counseling and educating the patient/family/caregiver
5. Documenting clinical information in the electronic or other health record
6. Independently interpreting results (not separately reported) and communicating results to the patient/family/caregiver
7. Care coordination (not separately reported).

**Patient Name:** Billiard, Esther B
**Chart Number:** 377548
**DOB:**
**Date of Visit:** 11-15-2021

**HPI:**
Pt is here for fu MVA from 3/12/21
Since last visit, pt had Left MBB C4-C7 with Dr. Mody on 10/20/2021
States she has sustained 90% relief since injection
Still having neck pain with left sided ROM and left interscapular pain
still doing HEP
Her pain is 1/10
cramping to left hand has improved
She has intermittent L>R BUE numbness- this has improved
+ balance issues-denies falls
Taking flexeril and gabapentin.

**Functional Assessment: Vital Signs / Constitutional Exam:**
**Height (inches):** 68.
**Temperature:** 97.6.
**Weight:** 250 lbs.
**BMI: 38.01.**
**BP = 168/72.**
**Pain Scale (0-10):** 1.
Learning Barriers: None.
Communication Barriers: none.
Comprehension Level: Understands Written and Verbal.
Evidence of Abuse: No.
Functional Assessment: None.
Potential for falls: No.
Nutritional Assessment: N/A.
Diet: Regular.
**Allergies:** No known drug allergies/Intolerances.
**Current Medications:** Mobic 15mg, Gabapentin 100mg, Flexeril 5mg, Telmesartain 80mg, Nifidipine 30mg, Alovastatin 20mg.
**Past Surgical History:**
    **Genito-urinary Surgery**: Bladder surgery.
    **Ob-Gyn Surgery:** Hysterectomy.
**Past Spine History:** Negative for previous spine surgery.
**Past Medical History:** Arthritis of the knees (M15.0). Hypertension (I10). Kidney stones (N20.0). Stroke (I63.50).
**Family Medical History:** Positive family history for diabetes and heart problems.
**Personal / Social History:** Nicotine: Denies usage.
Alcohol history: Denies usage.
Illicit Drug Use: Denies usage.
Marital Status: Divorced.
Work Status: Full time employment.

**Review of Systems:**
Constitutional positive: fatigue.
Genitourinary: denies kidney stones, bladder infections, difficulty urinating, or reproductive problems.
Skin: denies skin changes, poor healing, rash, itching or redness.
Neurological positive: difficulty walking.
Hematologic: Denies easy bleeding or bruising.
Psychiatric: denies loss of motivation, nervousness, suicide ideation, trouble sleeping.
Endocrine: denies excessive heat or cold intolerance, or excessive thirst.

**Patient Name:** Billiard, Esther B
**Chart Number:** 377548
**DOB:**
**Date of Visit:** 11-15-2021

Immunologic: denies frequent illnesses, fever, rashes.
Musculoskeletal: denies joint pain, swelling, instability, stiffness, redness, heat, or muscle pain.
Eyes: corrective lenses, blurred vision, eye pain, redness or watering.
ENT: denies vision loss, headaches, difficulty swallowing, nose bleeds, ringing in ears or earaches.
Cardiovascular: denies chest pain, palpitations, fainting, or murmurs.
Respiratory: shortness of breath, wheezing, coughing, tightness in chest, or snoring.
Gastrointestinal: Patient denies heartburn, nausea, vomiting, constipation, diarrhea, or bloody stools.

**PHYSICAL EXAM:**
**CERVICAL FINDINGS:**
GAIT: Patient ambulates with normal heel-toe gait.
Bilateral UPPER EXTREMITY SENSATION is intact in all distributions.
BUE MUSCLE STRENGTH IS NORMAL in Deltoid, Biceps, Triceps, Wrist and Hand
TENDERNESS TO PALPATION at: C6-C7 left paraspinous.
CERVICAL AROM
    Increased pain left lateral rotation.
    (+) Mild limitation to AROM cervical spine.
SPURLINGS:
    (+) left interscapular pain.
HOFFMANS:
    bilateral negative.
LUMBAR SPINE:
Clonus: Bilateral Negative.

**Jeanette Pang, PA-C**

Electronically Signed By: Jeanette H. Pang, PA-C 11-15-2021 03:02:35

Milan Mody, M.D.
Reviewed and Signed off (but not proofed for typographical errors)

Electronically Signed By: Milan G. Mody, M.D. 11-16-2021 06:44:27



**MILAN G. MODY, M.D.**
**Fellowship Trained & Board Certified**
**Conservative & Surgical Spinal Care**
7925 YOUREE DRIVE, SUITE 200
SHREVEPORT, LOUISIANA 71105
OFFICE: (318) 212-3610
FAX: (318) 212-3672

Disk Herniations
Neck & Back Pain
Spinal Stenosis
Work Injuries

Minimally Invasive &
Reconstructive
Spine Surgery

# PROCEDURE NOTE – MEDIAL BRANCH BLOCKS (CERVICAL)

PATIENT NAME: _Esther Billiard_
DATE OF BIRTH: _[redacted]_
DATE OF PROCEDURE: ___/___/___

NAME: BILLIARD, ESTHER B
ACT#: 41879   SS#: *****2088
DOB: [redacted]   AGE: 75
DR: MODY, MILAN
DOS: 10/20/21

PROCEDURE:

MEDIAL BRANCH BLOCKS: ☒ LEFT ☐ RIGHT ☐C2 ☐C3 ☒C4 ☒C5 ☒C6 ☒C7 ☐T1

DIAGNOSES: ☒ Neck pain  ☒ Symptomatic facet mediated pain.

SURGEON: Milan G. Mody, M.D.   COMPLICATIONS: _ø_

ANESTHESIA: Local +/- ☒ monitored conscious sedation with __2__ mg Versed.

ESTIMATED BLOOD LOSS: Minimal (less than 5 cc.)

PROCEDURE IN DETAIL: The patient was greeted in the holding area and the patient verbalized the planned procedures for the day. The risks, benefits, and alternatives to the procedures were explained to the patient in terms the patient could understand. Following informed written consent, the patient was escorted to the fluoroscopy suite and placed comfortably in the prone position with several pillows underneath and all bony prominences well padded. Intravenous conscious sedation was provided if necessary per preoperative assessment or if requested by the patient. Verbal contact was maintained with the patient continuously throughout the procedure. If the patient became drowsy or was not responding appropriately to communication, the procedure was stopped until verbal communication could be restored.

The skin was prepped in a sterile fashion. Under fluoroscopic guidance, the facet joints were identified for the targeted spinal level(s) with AP, lateral and oblique views. Local anesthesia of the skin and deeper tissues was obtained with buffered 1.5% lidocaine with Epinephrine. Under fluoroscopic guidance, a 3.5 inch 25-gauge Quinke tip spinal needle was advanced to the posterior and lateral border of the lateral mass via an AP view with lateral to medial trajectory and then to mid-point of the lateral mass/facet on the lateral view to target the medial branch nerve at each targeted cervical level:

__C4/C5/C6/C7__ on ☒ LEFT / ☐ RIGHT sides. After gentle negative aspiration, 2 cc of 0.5% particulate free Marcaine without epinephrine was injected around the medial branch at EACH level indicated above. Needles were sequentially withdrawn and found to be intact. After the needles were withdrawn, Band-Aids were placed at the injection site. The patient tolerated the procedure well without complications. Post procedure physical exam did not reveal a change in the neurological status of upper and lower extremities as compared to pre-procedure. The patient was escorted to the recovery area for monitoring. Evaluation of the patient's pain intensity and response to the procedures was subsequently recorded. Patient was later discharged in satisfactory condition in the care of a family member who would be driving the patient home. Follow-up and contact information was provided in writing to patient and family.

FLUOROSCOPIC GUIDANCE: Anterior-posterior, oblique, and lateral fluoroscopic views were obtained as needed with the patient in the prone position. Adjustments to the C-arm position were performed for localization of the appropriate bony landmarks of facets and surrounding anatomy. The needles were advanced under direct fluoroscopic view to the facet joints and medial branch as indicated above.

PRE-PROCEDURE PAIN LEVEL: __7__ with provocative maneuvers targeting the facet joints.
POST-PROCEDURE PAIN LEVEL: __2__ with provocative maneuvers targeting the facet joints.

_(signature)_
MILAN G. MODY, M.D.

__10/20/2021 840AM__
DATE/TIME

## Red River Surgery Center
## Surgical Services Posting Information

(Please complete all information and fax to the facility where the surgery will be performed. This will be confirmed and faxed back to you)
\*\*\*\*This form may be used in lieu of multiple phone calls\*\*\*\*

Fax From: 212-3672   Fax To: 698-7006

Surgeon #1: Milan Mody

Surgeon #2: _____

Assisting Surgeon: _____

Patient Name: Esther Billiard

Phone: home: _____ Work: _____ Other: 393-9535

Gender: F   Date of birth [redacted]   S# [redacted]

Be sure to list what side the procedure will take place:

Procedure # 1: MBB C4-7

Procedure # 2: _____

Diagnosis: _____
CPT code: 77003, 99152, 99153x1   Type of anesthesia: local with sedation

64490
64491
64492

ICD-9 Diagnosis:   Code   Diagnosis
M54.12 Cervical radiculopathy
M47.812 Cervical spondylosis

Status: Outpatient

Date of Surgery: 10/8/21   Preferred start time: 7:30 AM
Latex allergy: (circle one)   YES   (NO)   UNKNOWN
Other allergies: NKDA

Resch to 10/18/21

Special Instruments/ implants/ supplies needed: _____
                                                confirmation# _____
Vendor notified by: _____
Person posting case: Holly   Phone # 212-3616
Confirmed by: _____   Fax # _____
Procedure scheduled on requested date of surgery at approximately _____

\*\*\* Comment:   Please have patient's information faxed to the pre-testing nurse at least three business days prior to surgery date.

Lien Dudley Robossier

# CERTIFICATION OF MEDICAL/BILLING RECORDS

I hereby certify that the attached medical and/or billing records of

| PATIENT: Esther B Billiard | DATE OF BIRTH: ███ |
|---|---|

are a true copy of the medical and/or billing records on file, and that these records were prepared by the medical facility personnel during the course of business at or near the time of the visit; that I am the duly authorized Health Information Management Representative, and I have the authority to certify the same.

Billing records included: Yes / No

01/21/2022
Date

Health Information Representative

The Orthopedic Clinic/Mid South Ortho

**Medical/Billing Facility**



**MILAN G. MODY, M.D.**
**Fellowship Trained & Board Certified**
**Conservative & Surgical Spinal Care**
7925 YOUREE DRIVE, SUITE 200
SHREVEPORT, LOUISIANA 71105
**OFFICE: (318) 212-3610**
**FAX: (318) 212-3672**

Disk Herniations
Neck & Back Pain
Spinal Stenosis
Work Injuries
**Minimally Invasive &
Reconstructive
Spine Surgery**

---

**Patient Name:** Billiard, Esther B
**Chart Number:** 377548
**DOB:**           **Age:** 75 Years

**Date of Visit:** 01-14-2022
**Attending Provider:** Jeanette H. Pang, PA-C for Milan G. Mody, M.D.

**Evaluation Type:** MVA 3/12/2021 - Atty: Dudley Debossier.
**Established Patient Follow Up Visit for Cervical spine.**

**Chief Complaint:**   Neck pain.


**DIAGNOSIS:** Cervical Radiculopathy (M54.12). Cervical Spondylosis (M47.812). Cervicalgia (M54.2).:. Motor vehicle accident (V89.2XXS). Diffuse Idiopathic Skeletal Hyperostosis (M48.10).


**TREATMENT PLAN:**
>Test results & imaging studies were reviewed with the patient. Questions were answered accordingly.
>We discussed in detail the current spine diagnoses, all appropriate conservative and surgical treatment options and the chosen treatment plan.
>Continue HEP
>repeat Left MBB C4-C7  with Dr. Mody
>She is  candidate for ACDF C3-7 in future
>Refill gabapentin and flexeril
>Rx Medrol dose pack.
>Patient counseled on Proper body mechanics and work/home ergonomics to reduce spinal strain.  **We explained to the patient the risks associated with a face to face visit associated with COVID-19 virus. The patient desires to keep this face to face visit for continued treatment in accordance with the standard of care and the patient specific needs or limitations. We have explained to the patient that measures are being taken to avoid such risks, however, the risk associated with this highly contagious virus cannot be eliminated. We also informed the patient of the possibility of quarantine and isolation measures that may be required following the face to face visit. The patient understands the risk of the face to face visit, and has consented to proceed.

> Total E/M Encounter time:  23 minutes
The following activities count toward total E/M encounter time:
1. Preparing to see the patient (eg, review of tests)
2. Obtaining and/or reviewing separately obtained history
3. Performing a medically appropriate examination and/or evaluation
4. Counseling and educating the patient/family/caregiver
5. Documenting clinical information in the electronic or other health record
6. Independently interpreting results (not separately reported) and communicating results to the patient/family/caregiver
7. Care coordination (not separately reported).

Patient Name: Billiard, Esther B
Chart Number: 377548
DOB:
Date of Visit: 01-14-2022

**HPI:**
Pt is here for fu MVA from 3/12/21
Since last visit, pt had Left MBB C4-C7 with Dr. Mody on 10/20/2021
Pt had 90% relief for a few weeks after injection
Pain has returned to baseline
Pt is having to do lifting at work
Still having neck pain with left sided ROM and left interscapular pain
+shooting pain to LUE- occurs intermittently
Still doing HEP
Her pain is 7-8/10
She has intermittent L>R BUE numbness
+ balance issues-denies falls
She has run out of flexeril and gabapentin
Taking Tylenol prn.

**Functional Assessment: Vital Signs / Constitutional Exam:**
**Height (inches):** 68.
**Temperature:** 97.6.
**Weight:** 250 lbs.
**BMI:** 38.01.
**BP =** 146/83.
**Pain Scale (0-10):** 7. **Pulse = 74 BPM.**
Learning Barriers: None.
Communication Barriers: none.
Comprehension Level: Understands Written and Verbal.
Evidence of Abuse: No.
Functional Assessment: None.
Potential for falls: No.
Nutritional Assessment: N/A.
Diet: Regular.
**Allergies:** No known drug allergies/Intolerances.
**Current Medications:** Mobic 15mg, Gabapentin 100mg, Flexeril 5mg, Telmesartain 80mg, Nifidipine 30mg, Alovastatin 20mg.
**Past Surgical History:**
　**Genito-urinary Surgery**: Bladder surgery.
　**Ob-Gyn Surgery:** Hysterectomy.
**Past Spine History:** Negative for previous spine surgery.
**Past Medical History:** Arthritis of the knees (M15.0). Hypertension (I10). Kidney stones (N20.0). Stroke (I63.50).
**Family Medical History:** Positive family history for diabetes and heart problems.
**Personal / Social History:** Nicotine: Denies usage.
Alcohol history: Denies usage.
Illicit Drug Use: Denies usage.
Marital Status: Divorced.
Work Status: Full time employment.

**Review of Systems:**
Constitutional positive: fatigue.
Genitourinary: denies kidney stones, bladder infections, difficulty urinating, or reproductive problems.
Skin: denies skin changes, poor healing, rash, itching or redness.
Neurological positive: difficulty walking.

**Patient Name:** Billiard, Esther B
**Chart Number:** 377548
**DOB:** 03-08-1946
**Date of Visit:** 01-14-2022

Hematologic: Denies easy bleeding or bruising.
Psychiatric: denies loss of motivation, nervousness, suicide ideation, trouble sleeping.
Endocrine: denies excessive heat or cold intolerance, or excessive thirst.
Immunologic: denies frequent illnesses, fever, rashes.
Musculoskeletal: denies joint pain, swelling, instability, stiffness, redness, heat, or muscle pain.
Eyes: corrective lenses, blurred vision, eye pain, redness or watering.
ENT: denies vision loss, headaches, difficulty swallowing, nose bleeds, ringing in ears or earaches.
Cardiovascular: denies chest pain, palpitations, fainting, or murmurs.
Respiratory: shortness of breath, wheezing, coughing, tightness in chest, or snoring.
Gastrointestinal: Patient denies heartburn, nausea, vomiting, constipation, diarrhea, or bloody stools.

**PHYSICAL EXAM:**
**CERVICAL FINDINGS:**
GAIT: Patient ambulates with normal heel-toe gait and some instability with tandem gait.
Bilateral UPPER EXTREMITY SENSATION is intact in all distributions.
RIGHT MUSCLE STRENGTH IS NORMAL in Deltoid, Biceps, Triceps, Wrist and Hand
TENDERNESS TO PALPATION at: C6-C7 left paraspinous.
CERVICAL AROM
  Increased pain left lateral rotation.
  (+) Mild limitation to AROM cervical spine.
SPURLINGS:
  (+) left interscapular pain.
HOFFMANS:
  bilateral negative.
LEFT UPPER EXTREMITY abnormal muscle strength
  Deltoid 4/5.
  Biceps 4/5.
  Triceps 4/5.
LUMBAR SPINE:
Clonus: Bilateral Negative.

**OUTSIDE IMAGING STUDY:**

**Cervical MRI was reviewed from:** MRI is on pacs, mri cervical spine shows some mild/moderate stenosis at C2-3 no cord changes, no fractures noted, ALL fusion and ossification from C3-7, no instability.

*[signature]* PA-C

**Jeanette Pang, PA-C**
Electronically Signed By: Jeanette H. Pang, PA-C 01-14-2022 01:12:50

*[signature]*

Milan Mody, M.D.
Reviewed and Signed off (but not proofed for typographical errors)

Electronically Signed By: Milan G. Mody, M.D. 01-17-2022 06:06:34

**Patient Name:** Billiard, Esther  B
**Chart Number:** 377548
**DOB:** ███████
**Date of Visit:** 01-14-2022