**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **ESTHER BILLIARD** | **CIVIL ACTION: 5:22-cv-766** |
| **VERSUS** | **JUDGE: S. MAURICE HICKS, JR.** |
| **CHARLES WILLIAMS, THE PHOENIX INSURANCE COMPANY, AND BLAZER SERVICES, LLC** | **MAGISTRATE JUDGE: MARK L. HORNSBY** |

**LIST OF STATE COURT DOCUMENTS**

NOW INTO COURT, through undersigned counsel, comes Charles Williams, The Phoenix Insurance Company and Blazer Services, LLC, Defendants, who list all documents contained in the state court record as follows:

| Date Filed | Document |
|---|---|
| 01/25/2022 | Petition for Damages, Request for Notice |
| 01/25/2022 | Long Arm Citation to Charles Williams |
| 01/25/2022 | Long arm Citation to Blazer Services, LLC |
| 01/25/2022 | Citation to Phoenix Insurance Company |
| 02/02/2022 | Citation Return re service on Phoenix Insurance Company |
| 02/08/2022 | Affidavit of Service re service on Charles Williams |
| 02/08/2022 | Affidavit of Service re service on Blazer Services, LLC |
| 03/15/2022 | Fax filed Exception of Vagueness, Ambiguity and Non-Conformity of Petition |
| 03/21/2022 | Receipt of original filing re Exception of Vagueness, Ambiguity and Non-Conformity of Petition |
| 03/22/2022 | Signed Rule to Show Cause re Exception of Vagueness, Ambiguity and Non-Conformity of Petition |

RESPECTFULLY SUBMITTED:

**MARICLE & ASSOCIATES**


BY: /s/ Janice M. Reeves
**JANICE M. REEVES (#21237)**
#1 Sanctuary Blvd., Suite 202
Mandeville, LA 70471
Telephone: (225) 924-9584
Facsimile: (888) 341-6954

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been this date been forwarded to all counsel of record in this proceeding by electronic and and/or facsimile transmittal pursuant to the Louisiana Code of Civil Procedure 1313, this 6th day of April, 2022.

BY: /s/ Janice M. Reeves
**JANICE M. REEVES**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **ESTHER BILLIARD** | **CIVIL ACTION: 5:22-cv-766** |
| **VERSUS** | **JUDGE: S. MAURICE HICKS, JR.** |
| **CHARLES WILLIAMS, THE PHOENIX INSURANCE COMPANY, AND BLAZER SERVICES, LLC** | **MAGISTRATE JUDGE: MARK L. HORNSBY** |

**CERTIFICATION OF RECORD**

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

Now Comes, JANICE M. REEVES, who does hereby declare and certify that to the best of my knowledge, information and belief, the above and foregoing State Court Record and List of State Court Documents is a true correct copy of all documents contained in the State Court Record as provided to me by the Clerk of Court for the 1st Judicial District Court.

Signed this 6th day of April, 2022.

_____
JANICE M. REEVES

3