**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **ESTHER BILLIARD** | **CIVIL ACTION: 5:22-cv-766** |
| **VERSUS** | **JUDGE: S. MAURICE HICKS** |
| **CHARLES WILLIAMS, THE PHOENIX INSURANCE COMPANY, AND BLAZER SERVICES, LLC** | **MAGISTRATE JUDGE: MARK L. HORNSBY** |

**DEFENDANT'S MOTION FOR LEAVE TO FILE**
**SUPPLEMENTAL AND AMENDED ANSWER TO COMPLAINT**

**NOW INTO COURT,** through undersigned counsel comes, defendants, **CHARLES WILLIAMS, THE PHOENIX INSURANCE COMPANY AND BLAZER SERVICES, LLC,** who respectfully moves the Court for leave to file a Supplemental and Amended Answer to Complaint, pursuant to Federal Rule Civil Procedure 15, as follows:

1.

Defendants, **CHARLES WILLIAMS, THE PHOENIX INSURANCE COMPANY AND BLAZER SERVICES, LLC,** filed their original Answer to Petition (complaint) in this matter on March 29, 2022. The Defendants now wish to supplement and amend their answer to reflect an amendment to the SEVENTH DEFENSE.

2.

Defendant shows this request is timely under the Court's Scheduling Order as the deadline for amending pleadings is June 16, 2022.

3.

Plaintiff has no objection to the Motion or to the supplementing and amending of Defendant's Answer to Complaint.

**WHEREFORE**, Defendant prays that this Motion for Leave to File Supplemental and Amended Answer to Complaint be granted.

                          Respectfully Submitted:

                          **MARICLE & ASSOCIATES**

                          /s/Janice M. Reeves
                          **JANICE M. REEVES**, Bar No. 21237
                          #1 Sanctuary Blvd., Suite 202
                          Mandeville, LA  70471
                          Telephone: (225) 924-9585
                          Facsimile:  (888) 341-6954
                          Jreeves2@travelers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has this day been sent to all counsel of record, via the court's electronic filing system, this 7th day of June, 2022.

                          /s/Janice M. Reeves
                          JANICE M. REEVES