**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **ESTHER BILLIARD** | **CIVIL ACTION: 5:22-cv-766** |
| **VERSUS** | **JUDGE: S. MAURICE HICKS** |
| **CHARLES WILLIAMS, THE PHOENIX INSURANCE COMPANY, AND BLAZER SERVICES, LLC** | **MAGISTRATE JUDGE: MARK L. HORNSBY** |

**ORDER**

Considering the foregoing Motion:

**IT IS HEREBY ORDERED** that Defendants, **CHARLES WILLIAMS, THE PHOENIX INSURANCE COMPANY AND BLAZER SERVICES, LLC,** be and is hereby granted leave to file his Supplemental and Amended Answer to Complaint.

**THUS DONE AND SIGNED** this _____ day of _____, 2022 in Shreveport, Louisiana.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE